IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL HARRISON,

    Petitioner,                   No. CIV. S- 09-1311 FCD GGH P

    vs.

D. K. SISTO, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Pursuant to the Order, filed on June 10, 2009, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on June 30, 2009, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: July 9, 2009                    /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
harr1311.fee